IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| FRANKLIN HARRIS, as Next Friend and Father of Franklin Harris, Jr., a minor, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 3:05V00096 SWW |
| RAY RIGSBY, ET AL., | * * | |
| Defendants. | * | |

## ORDER

Before the Court is defendants' motion to compel discovery to which plaintiff has failed to timely respond. Upon review of the motion and brief, the Court finds that the motion [docket entry 6] should be and is hereby granted. Plaintiff is directed to respond to the discovery propounded by defendants and provide Rule 26 Initial Disclosures within eleven (11) days from the date of entry of this Order.

SO ORDERED this 12th day of January 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE