IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANKLIN HARRIS

v.                                  NO. 3:05CV00096 SWW

RAY RIGSBY, ET AL

### ORDER OF DISMISSAL

Upon the joint motion for dismissal of this action with prejudice pursuant to settlement,

IT IS THEREFORE ORDERED that the above-entitled action hereby is dismissed with prejudice.

IT IS SO ORDERED this 19th day of January, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE